IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE SLEDGE,

     Petitioner,                    No. 2: 08-cv-1748 LKK KJN P

    vs.

D. K. SISTO,

     Respondent.              ORDER

_____/

        Petitioner is a state prisoner proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the 2006 decision by the California Board of Parole Hearings ("BPH") finding him unsuitable for parole.

        The BPH found petitioner unsuitable, in part, based on his criminal record. Other than the commitment offense, the transcript from the 2006 hearing does not describe petitioner's criminal record in any detail. It appears that the BPH's findings regarding petitioner's criminal record was based on a report that is not in the court record.

////

////

////

////

1   Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of
2 this order, respondent shall file a copy of the report describing petitioner's criminal record relied
3 on by the BPH at the 2006 suitability hearing.
4 DATED: October 6, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sled1748.fb